OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

3/25/2015

02 1R
0006557458     MAR 26 2015
MAILED FROM ZIP CODE 78701

$ 00.26⁵

JOHNSON, KENNETH RAY   Tr. Ct. No. 23,290-B       WR-78,231-06
This is to advise that the Court has denied without written order on the findings of
the trial court after hearing the application for writ of habeas corpus.

Abel Acosta, Clerk

PRESIDING JUDGE 20TH DISTRICT COURT
P O BOX 728
CAMERON, TX  76520                          U'TF